| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>    JACKSON D CUELLAR<br>    KARLA CUELLAR | Order Filed on December 13, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  24-19607<br><br>Hearing Date:  12/12/2024<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: December 13, 2024

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): JACKSON D CUELLAR
KARLA CUELLAR

Case No.: 24-19607JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/12/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/12/2024 of the plan filed on 09/30/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/26/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.