Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19607−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jackson D Cuellar
10 Marlin Avenue
Pequannock, NJ 07440

Karla Cuellar
10 Marlin Avenue
Pequannock, NJ 07440

Social Security No.:
xxx−xx−9829

xxx−xx−4836

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/30/2024 and a confirmation hearing on such Plan has been scheduled for 12/12/2024.

The debtor filed a Modified Plan on 12/10/2024 and a confirmation hearing on the Modified Plan is scheduled for 1/23/2025 at 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 12, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 24-19607-JKS
Jackson D Cuellar                                                                Chapter 13
Karla Cuellar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 4
Date Rcvd: Dec 12, 2024            Form ID: 186            Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jackson D Cuellar, Karla Cuellar, 10 Marlin Avenue, Pequannock, NJ 07440-1607 |
| 520406628 | + | Academy Orthopaedic Group, LLC, 504 Valley Road, Sute 201, Wayne, NJ 07470-3534 |
| 520406638 | + | Chilton Medical Center, PO Box 28704, New York, NY 10087-8704 |
| 520406648 | + | Kayal Medical Group - Franklin Lakes, 784 Franklin Avenue, Suite 250, Franklin Lakes, NJ 07417-1306 |
| 520472018 | + | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520406661 | + | New Jersey Orthopaedic Instit, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| 520406662 | + | PAIN MANAGEMENT INST, PO BOX 23611, New York, NY 10087-0001 |
| 520406665 | + | River Drive Surgery & Laser Center, 619 River Dr., 1st Floor, Elmwood Park, NJ 07407-1317 |
| 520406667 | + | Summit Medical Group, PA, ATTN 8549, PO Box 8549, Belfast, ME 04915-8549 |
| 520406669 | + | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 520406670 | + | University Spine Center PC, 504 Valley Road, 2nd Floor, Wayne, NJ 07470-3534 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2024 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2024 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520406629 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 12 2024 21:18:13 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520474312 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520406630 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 12 2024 21:12:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520406631 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2024 21:28:50 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520406636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2024 21:18:07 | CBNA, ATTN: BANKRUPTCY, P.O. BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 520411992 | + | Email/Text: bankruptcy@certified-solutions.com | Dec 12 2024 21:12:00 | CHILTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520406639 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 12 2024 21:10:00 | CITIZENS ONE, ATTN: BANKRUPTCY, ONE CITIZENS PLAZA, PROVIDENCE, RI 02903 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520412617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 12 2024 21:10:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520406640 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2024 21:12:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520406641 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2024 21:18:04 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520413525 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2024 21:17:53 | Capital One Auto Finance,, a div. of Capital One, N.A. Dept., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520413417 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2024 21:28:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520448422 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2024 21:17:35 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520406637 | + | Email/Text: bankruptcy@certifiedcollection.com | Dec 12 2024 21:12:00 | Certified Credit & collection Bureau, P.O Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520406645 | + | Email/Text: mrdiscen@discover.com | Dec 12 2024 21:10:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520414297 | | Email/Text: mrdiscen@discover.com | Dec 12 2024 21:10:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520453974 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:17:23 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520406646 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 21:12:00 | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 520406647 | | Email/Text: bankruptcy@kashable.com | Dec 12 2024 21:10:00 | KASHABLE LLC, ATTN: BANKRUPTCY DEPT, 489 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| 520406649 | | Email/Text: legaldivision@kheaa.com | Dec 12 2024 21:11:00 | KHEAA, ATTN: BANKRUPTCY, PO BOX 798, FRANKFORT, KY 40602 |
| 520406650 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2024 21:10:00 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520473701 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520406651 | + | Email/Text: govtaudits@labcorp.com | Dec 12 2024 21:11:00 | Lab Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 520406652 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 12 2024 21:11:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 520450864 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 12 2024 21:17:41 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520406653 | | Email/Text: ml-ebn@missionlane.com | Dec 12 2024 21:10:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 520411999 | + | Email/Text: bankruptcy@certified-solutions.com | Dec 12 2024 21:12:00 | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520474863 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 21:13:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 520406655 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 12 2024 21:17:32 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 520411993 | + | Email/Text: bankruptcy@certified-solutions.com | Dec 12 2024 21:12:00 | OVERLOOK HOSPITAL, C/O |

Case 24-19607-JKS    Doc 23    Filed 12/14/24    Entered 12/15/24 00:19:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 186 | Total Noticed: 56 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520476684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2024 21:17:25 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520406663 | ^ | MEBN | Dec 12 2024 21:00:51 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 520460162 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 21:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520470458 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 21:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520470199 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 21:12:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520433367 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 21:12:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520470372 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520406664 | ^ | MEBN | Dec 12 2024 20:57:24 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 520406668 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2024 21:18:02 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520406666 | ^ | MEBN | Dec 12 2024 20:59:19 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520406671 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2024 21:10:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 520406672 | | Email/Text: bk@villagecapital.com | Dec 12 2024 21:11:00 | VILLAGE CAPITAL & INVESTMENTS, LLC, ATTN: BANKRUPTCY, 2550 PASEO VERDE PARKWAY, SUITE 100, HENDERSON, NV 89074 |
| 520470692 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2024 21:17:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520406632 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520406633 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520406634 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520406635 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520406642 | *+ | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520406643 | *+ | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520406644 | *+ | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520406654 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 520406656 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 520406657 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 520406658 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 520406659 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 520406660 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Karla Cuellar ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Jackson D Cuellar ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5