RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JACKSON D CUELLAR                                         Atty:  RUSSELL L LOW ESQ
     KARLA CUELLAR                                                    LOW & LOW ESQS
     10 MARLIN AVENUE                                                 505 MAIN STREET, SUITE 304
     PEQUANNOCK,  NJ  07440                                           HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-19607

## RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2024 | $606.22 | | 12/02/2024 | $606.22 | |
| 12/31/2024 | $606.22 | | | | |

**Total Receipts: $1,818.66  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,818.66**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 109.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ACADEMY ORTHOPAEDIC GROUP, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE NA | UNSECURED | 3,496.17 | 0.00% | 0.00 | 0.00 |
| 0005 | RESURGENT CAPITAL SERVICES | UNSECURED | 639.86 | 0.00% | 0.00 | 0.00 |
| 0006 | CITIZENS BANK NA | UNSECURED | 3,503.33 | 0.00% | 0.00 | 0.00 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 177.40 | 0.00% | 0.00 | 0.00 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,277.11 | 0.00% | 0.00 | 0.00 |
| 0010 | CHILTON MEDICAL CENTER | UNSECURED | 473.06 | 0.00% | 0.00 | 0.00 |
| 0011 | DISCOVER BANK | UNSECURED | 7,966.43 | 0.00% | 0.00 | 0.00 |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 4,834.15 | 100.00% | 0.00 | 0.00 |
| 0013 | KASHABLE LLC | UNSECURED | 1,345.36 | 0.00% | 0.00 | 0.00 |
| 0014 | KHEAA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | KOHL'S | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | KAYAL MEDICAL GROUP - FRANKLIN LA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | RESURGENT CAPITAL SERVICES | UNSECURED | 17.36 | 0.00% | 0.00 | 0.00 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 1,771.30 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-19607**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | MISSION LANE LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | AIDVANTAGE | UNSECURED | 60,885.81 | 0.00% | 0.00 | 0.00 |
| 0021 | CHAPTER HOLDING FBO | UNSECURED | 194.11 | 0.00% | 0.00 | 0.00 |
| 0022 | PAIN MANAGEMENT INST | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | PSE&G | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | RIVER DRIVE SURGERY & LASER CENTE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | RESURGENT CAPITAL SERVICES | UNSECURED | 968.41 | 0.00% | 0.00 | 0.00 |
| 0027 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | SUMMIT MEDICAL GROUP, PA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | UNIVERSITY SPINE CENTER PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 76.89 | 0.00% | 0.00 | 0.00 |
| 0033 | MIDFIRST BANK | (NEW) Prepetition A | 23,823.44 | 100.00% | 0.00 | 0.00 |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,386.00 | 0.00% | 0.00 | 0.00 |
| 0037 | CAPITAL ONE NA | UNSECURED | 2,329.42 | 0.00% | 0.00 | 0.00 |
| 0038 | CAPITAL ONE NA | UNSECURED | 1,021.01 | 0.00% | 0.00 | 0.00 |
| 0039 | CAPITAL ONE NA | UNSECURED | 305.83 | 0.00% | 0.00 | 0.00 |
| 0040 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,447.08 | 0.00% | 0.00 | 0.00 |
| 0041 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,011.69 | 0.00% | 0.00 | 0.00 |
| 0042 | RESURGENT CAPITAL SERVICES | UNSECURED | 478.30 | 0.00% | 0.00 | 0.00 |
| 0043 | MISSION LANE LLC | UNSECURED | 5,256.66 | 0.00% | 0.00 | 0.00 |
| 0044 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | OVERLOOK HOSPITAL | UNSECURED | 30.00 | 0.00% | 0.00 | 0.00 |
| 0050 | MORRISTOWN MEDICAL CTR | UNSECURED | 150.00 | 0.00% | 0.00 | 0.00 |
| 0051 | QUANTUM3 GROUP LLC | UNSECURED | 200.00 | 0.00% | 0.00 | 0.00 |
| 0052 | UNITED STATES TREASURY/IRS | UNSECURED | 227.30 | 0.00% | 0.00 | 0.00 |
| 0053 | FINWISE BANK | UNSECURED | 1,104.07 | 0.00% | 0.00 | 0.00 |
| 0054 | QUANTUM3 GROUP LLC | UNSECURED | 268.88 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $109.11**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,818.66    -    Paid to Claims: $0.00    -    Admin Costs Paid: $109.11    =    Funds on Hand: $1,709.55

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.