**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

August 06, 2025

Re: Standing Trustee's Notice of Distribution
Case No: 24-19607

On January 24, 2025 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST  6, 2025

**Chapter 13 Case # 24-19607**

Atty:   RUSSELL L LOW ESQ

Re:     JACKSON D CUELLAR
        KARLA CUELLAR
        10 MARLIN AVENUE
        PEQUANNOCK, NJ  07440

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $39,666.66**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2024 | $606.22 | | 12/02/2024 | $606.22 | |
| 12/31/2024 | $606.22 | | 01/29/2025 | $606.22 | |
| 02/04/2025 | $64.00 | | 03/03/2025 | $665.00 | |
| 03/31/2025 | $665.00 | | 04/29/2025 | $665.00 | |
| 05/30/2025 | $665.00 | | 06/30/2025 | $665.00 | |
| 07/29/2025 | $665.00 | | | | |

**Total Receipts: $6,478.88  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,478.88**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 368.77 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACADEMY ORTHOPAEDIC GROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE NA | UNSECURED | 3,496.17 | * | 0.00 | |
| 0005 | RESURGENT CAPITAL SERVICES | UNSECURED | 639.86 | * | 0.00 | |
| 0006 | CITIZENS BANK NA | UNSECURED | 3,503.33 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 177.40 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,277.11 | * | 0.00 | |
| 0010 | CHILTON MEDICAL CENTER | UNSECURED | 473.06 | * | 0.00 | |
| 0011 | DISCOVER BANK | UNSECURED | 7,966.43 | * | 0.00 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 4,834.15 | 100.00% | 0.00 | |
| 0013 | KASHABLE LLC | UNSECURED | 1,345.36 | * | 0.00 | |
| 0014 | KHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | KAYAL MEDICAL GROUP - FRANKLIN LA | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | RESURGENT CAPITAL SERVICES | UNSECURED | 17.36 | * | 0.00 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 1,771.30 | * | 0.00 | |
| 0019 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | AIDVANTAGE | UNSECURED | 60,885.81 | * | 0.00 | |
| 0021 | CHAPTER HOLDING FBO | UNSECURED | 194.11 | * | 0.00 | |
| 0022 | PAIN MANAGEMENT INST | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | RIVER DRIVE SURGERY & LASER CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | RESURGENT CAPITAL SERVICES | UNSECURED | 968.41 | * | 0.00 | |
| 0027 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0028 | SUMMIT MEDICAL GROUP, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNIVERSITY SPINE CENTER PC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 76.89 | * | 0.00 | |
| 0033 | MIDFIRST BANK | (NEW) Prepetition A | 23,823.44 | 100.00% | 1,728.36 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,386.00 | * | 0.00 | |
| 0037 | CAPITAL ONE NA | UNSECURED | 2,329.42 | * | 0.00 | |
| 0038 | CAPITAL ONE NA | UNSECURED | 1,021.01 | * | 0.00 | |
| 0039 | CAPITAL ONE NA | UNSECURED | 305.83 | * | 0.00 | |
| 0040 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,447.08 | * | 0.00 | |
| 0041 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,011.69 | * | 0.00 | |
| 0042 | RESURGENT CAPITAL SERVICES | UNSECURED | 478.30 | * | 0.00 | |
| 0043 | MISSION LANE LLC | UNSECURED | 5,256.66 | * | 0.00 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | OVERLOOK HOSPITAL | UNSECURED | 30.00 | * | 0.00 | |
| 0050 | MORRISTOWN MEDICAL CTR | UNSECURED | 150.00 | * | 0.00 | |
| 0051 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | UNITED STATES TREASURY/IRS | UNSECURED | 227.30 | * | 0.00 | |
| 0053 | FINWISE BANK | UNSECURED | 1,104.07 | * | 0.00 | |
| 0054 | QUANTUM3 GROUP LLC | UNSECURED | 268.88 | * | 0.00 | |

**Total Paid: $5,847.13**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 05/12/2025 | $464.86 | 945042 | 06/16/2025 | $631.75 | 946463 |
| | 07/14/2025 | $631.75 | 947914 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 06, 2025.

Receipts: $6,478.88   -   Paid to Claims: $1,728.36   -   Admin Costs Paid: $4,118.77   =   Funds on Hand: $631.75

Base Plan Amount: $39,666.66   -   Receipts: $6,478.88   =   Total Unpaid Balance: **$33,187.78

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.