UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Jackson D. Cuellar & Karla Cuellar,

Debtors.

Case No.: 24-19607-JKS
Chapter: 13
Hearing Date: 12/11/2025
Judge: Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 10 Marlin Avenue, Pequannock, NJ (Docket # 34)

Date: 12/09/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*