<table>
<tr><td>

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**Russell L. Low, Esq. – RLL 4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

JACKSON D. CUELLAR
KARLA CUELLAR



Debtor(s)

</td><td>

**Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 24-19607

Chapter 13

Judge:  The Honorable John K. Sherwood

</td></tr>
</table>

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

DATED: December 23, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.**, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

      outside the plan.