RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601


Re:   JACKSON D CUELLAR                                  Atty:   RUSSELL L LOW ESQ
      KARLA CUELLAR                                              LOW & LOW ESQS
      10 MARLIN AVENUE                                           505 MAIN STREET, SUITE 304
      PEQUANNOCK,  NJ  07440                                     HACKENSACK, NJ  07601


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-19607**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $39,666.66**

## RECEIPTS AS OF 01/15/2026       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2024 | $606.22 | | 12/02/2024 | $606.22 | |
| 12/31/2024 | $606.22 | | 01/29/2025 | $606.22 | |
| 02/04/2025 | $64.00 | | 03/03/2025 | $665.00 | |
| 03/31/2025 | $665.00 | | 04/29/2025 | $665.00 | |
| 05/30/2025 | $665.00 | | 06/30/2025 | $665.00 | |
| 07/29/2025 | $665.00 | | 08/29/2025 | $665.00 | |
| 09/29/2025 | $665.00 | | 10/29/2025 | $665.00 | |
| 12/02/2025 | $665.00 | | 12/30/2025 | $665.00 | |

**Total Receipts: $9,803.88  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,803.88**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026       (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 05/12/2025 | $464.86 | 945,042 | | 06/16/2025 | $631.75 | 946,463 |
| | 07/14/2025 | $631.75 | 947,914 | | 08/18/2025 | $631.75 | 949,267 |
| | 09/16/2025 | $631.75 | 950,611 | | 10/20/2025 | $631.75 | 952,067 |
| | 11/17/2025 | $625.10 | 953,513 | | 12/15/2025 | $625.10 | 954,924 |
| | 01/12/2026 | $218.76 | 956,333 | | 01/12/2026 | $6.34 | 956,333 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 554.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,150.00 | 100.00% | 4,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACADEMY ORTHOPAEDIC GROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-19607**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE NA | UNSECURED | 3,496.17 | * | 0.00 | |
| 0005 | RESURGENT CAPITAL SERVICES | UNSECURED | 639.86 | * | 0.00 | |
| 0006 | CITIZENS BANK NA | UNSECURED | 3,503.33 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 177.40 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,277.11 | * | 0.00 | |
| 0010 | CHILTON MEDICAL CENTER | UNSECURED | 473.06 | * | 0.00 | |
| 0011 | DISCOVER BANK | UNSECURED | 7,966.43 | * | 0.00 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 4,834.15 | 100.00% | 0.00 | |
| 0013 | KASHABLE LLC | UNSECURED | 1,345.36 | * | 0.00 | |
| 0014 | KHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | KAYAL MEDICAL GROUP - FRANKLIN LA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | RESURGENT CAPITAL SERVICES | UNSECURED | 17.36 | * | 0.00 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 1,771.30 | * | 0.00 | |
| 0019 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | AIDVANTAGE | UNSECURED | 60,885.81 | * | 0.00 | |
| 0021 | CHAPTER HOLDING FBO | UNSECURED | 194.11 | * | 0.00 | |
| 0022 | PAIN MANAGEMENT INST | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | RIVER DRIVE SURGERY & LASER CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | RESURGENT CAPITAL SERVICES | UNSECURED | 968.41 | * | 0.00 | |
| 0027 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0028 | SUMMIT MEDICAL GROUP, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNIVERSITY SPINE CENTER PC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 76.89 | * | 0.00 | |
| 0033 | MIDFIRST BANK | (NEW) Prepetition A | 23,823.44 | 100.00% | 5,092.57 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,386.00 | * | 0.00 | |
| 0037 | CAPITAL ONE NA | UNSECURED | 2,329.42 | * | 0.00 | |
| 0038 | CAPITAL ONE NA | UNSECURED | 1,021.01 | * | 0.00 | |
| 0039 | CAPITAL ONE NA | UNSECURED | 305.83 | * | 0.00 | |
| 0040 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,447.08 | * | 0.00 | |
| 0041 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,011.69 | * | 0.00 | |
| 0042 | RESURGENT CAPITAL SERVICES | UNSECURED | 478.30 | * | 0.00 | |
| 0043 | MISSION LANE LLC | UNSECURED | 5,256.66 | * | 0.00 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | OVERLOOK HOSPITAL | UNSECURED | 30.00 | * | 0.00 | |
| 0050 | MORRISTOWN MEDICAL CTR | UNSECURED | 150.00 | * | 0.00 | |
| 0051 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | UNITED STATES TREASURY/IRS | UNSECURED | 227.30 | * | 0.00 | |
| 0053 | FINWISE BANK | UNSECURED | 1,104.07 | * | 0.00 | |
| 0054 | QUANTUM3 GROUP LLC | UNSECURED | 268.88 | * | 0.00 | |
| 0055 | MIDFIRST BANK | (NEW) MTG Agree | 549.00 | 100.00% | 6.34 | |

**Total Paid:  $9,803.88**

See Summary

**Chapter 13 Case # 24-19607**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $9,803.88          -     Paid to Claims: $5,098.91     -     Admin Costs Paid: $4,704.97   =   Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.